NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**NEARMAP US, INC.,**
*Appellant*

**v.**

**PICTOMETRY INTERNATIONAL CORPORATION,**
*Appellee*

———————————

2024-1763

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00735.

———————————

## JUDGMENT

———————————

LAUREN ANN DEGNAN, Fish & Richardson PC, Washington, DC, argued for appellant.  Also represented by BENJAMIN JOSEPH CHRISTOFF, CHRISTOPHER DRYER, WALTER KARL RENNER; J. STEVEN BAUGHMAN, MEGAN FREELAND RAYMOND, Groombridge, Wu, Baughman & Stone LLP, Washington, DC; MICHAEL F. MILEA, New York, NY.

LAURA VU, Haynes and Boone, LLP, San Francisco, CA, argued for appellee.  Also represented by DEBRA JANECE

McComas, Dallas, TX; Gregory P. Webb, Plano, TX; Jonathan R. Bowser, Adam Lloyd Erickson, Angela M. Oliver, Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

Ordered and Adjudged:

PER CURIAM (Dyk, Schall, and Stark, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

Entered by Order of the Court

February 3, 2026
Date

Jarrett B. Perlow
Clerk of Court